IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*1:53 pm, Aug 11, 2022*
**JEFFREY P. COLWELL, CLERK**

DELBERT SGAGGIO

 Plaintiff,

VS

Mario Diaz, in his personal and professional capacity

The City of Pueblo A municipal corporation

---

## COMPLAINT AND JURY DEMAND

I DELBERT SGAGGIO bring this complaint Pro Se and respectfully alleges a complaint

and Jury demand as follows.

## **JURISDICTION AND VENUE**

This action arises under the Constitution of the United States, pursuant to 42 U.S.C. § 1983 and Colorado Law. This Court has jurisdiction under 28 U.S.C. § 1331.  Venue is proper pursuant to 28 U.S.C. § 1391. All parties reside within the District of Colorado, and the events described in this Complaints occurred in the District of Colorado.

## PARTIES

DELBERT SGAGGIO is a resident of Colorado Springs and Citizen of the United States.

At all times relevant to this Complaint, Defendants Mario Diaz, was working for City of Pueblo as Public Servants. Each is sued in his or her personal capacity and professional capacity.  Defendant City of Pueblo is a Colorado municipal corporation. At all times relevant to this Complaint, the individual defendant acted as employee and agent of the City of Pueblo.  At all times relevant to this Complaint, defendant was acting under color of state law.

## INTRODUCTION

Greetings to the Honorable Court. My name is Delbert Sgaggio.  I am a spiritual guide in Southern Colorado, and a Cofounder of an Indigenous House of worship here on earth. My work however consists of moving energy throughout, 350 billion large galaxies.  The spirituality, I practice has been taught to me by my wife, who is a Mayan priestess, and

Indigenous elders from Central America. My manifestations become realities, when I connect to Spirit, (Quantum Field/ Universe). Vibrations sent into the Universe, return actions, to include the movement of matter. Specifically, my speech is one of my most powerful tools, when it comes to changing this world. It is a sincerely held spiritual belief that I must Defend members of my flock, honor my ancestors and protect the elders.

## FACTUAL ALLEGATIONS

Daniel Aguilera, is my Father in law, and Elder, a member of our Indigenous house of Worship, as well a volunteer.  Daniel Aguilera and I were working in Calhan, Colorado at our rural House of Worship location. This is where we grow our Spiritual Sacrament.

Daniel then gets a call from his common law wife Crystal.  Pueblo PD and Code enforcement are in Daniels backyard. The officer Infront is Defendant Mario Diaz.



Mario Diaz then gives Crystal 24 hours to move marijuana plants that are growing in the back yard.

Crystal has her phone on speaker. All of the communication between me and Defendant Diaz are being capture on the Code Enforcement officers Body Cam.

. The first question I asked detective Mario Diaz is "What is the infraction?"

Mario Diaz refuses to answer the question.

 Mario Diaz states the following "I've already discussed everything with Mr.s Casias."

Crystal then speaks out " Its because they are not in an enclosed space."

You can then here me on speaker phone " They are not in an enclosed space?"

Mario Diaz " That is correct sir"

I reply to Defendant Diaz " well there's a lock on the gate, and you know it's protected by the Colorado Constitution right ?"

Mario Diaz " it is not sir. We are given miss Casias an opportunity, to correct the issue if not, we will come back and issue some tickets. And we will destroy the plants.  So I'm thinking we are being pretty fair as to not taking the plants right now. And not issuing a citation. So we will be back about this time tomorrow. And if they're not gone. And you haven't complied, and then we, can moved some other way."

I then ask Mario Diaz " OK did you go to her door and knock on it first? Or did you go and step on the property and look in the back?"

Mario Diaz refuses to answer the question.  He says "have a nice day" and then gives the phone back to Crystal.

At this point you can tell on the body Cam video that Mario Diaz is pissed off.

Crystal continues to converse with the, three Pueblo government officials in her backyard.

You can then hear me on the speaker again loudly stating the following " Tell them you need to see the search warrant! Do they have a search warrant.?"

Crystal "Do you have a search warrant?"

Mario Diaz " No ma'am. You voluntarily took us back here, so we were able to examine your grow. If I needed a search warrant for that, I could have got one. Yes absolutely. And I would've took all your plants, and giving you a citation. We are not doing that."

I loudly interrupt on speaker. " you don't have the right to take everyone's plants just because you have a search warrant! Are you with the county or are you with the city?"

Crystal then Ask Defendant Diaz. OK I just want to know, is there any way I can file an appeal against this?"

Mario Diaz replies. "What appeal? Ma'am it's city ordinance."

I once again interject with my big mouth. " it doesn't matter it's due process. Do you understand due process Sir? Do you understand the 5th and the 14th Amendment Sir? That's what I'm asking. We can go to federal court real quick right here."

The body camera video then shows Mario Diaz hanging up the phone.

Crystal " Can I have my phone back"

Mario Diaz gives the phone back,  in a very cocky fashion. " if you have any more questions let us know.  I'm not here to argue with your boyfriend over the phone. OK

Tomorrow ma'am about this time. You got the time. Alright tomorrow 3 o clock or Mrs Casias will be receiving a citation.

Crystal can be heard being distraught in the background.



There's a big problem in America today. The Dipshit pictured above, is that problem.

First the plants were protected under the Colorado constitution, they were in a locked space out of public view.

Second the landlord was the one who called the police, this was a retaliation since Dan Aguilera sued the landlord, and had a pending complaint, at the time in small claims court. We have documents to prove this.

Third how could anybody be so stupid as to think a city ordinance requires no due process. A city ordinance without due process is no law at all. This officer is absolutely violating Crystal's and Dan's rights.

My back and forth with defendant Mario Diaz is a matter of public concern. We're dealing with a public servant who is lying out of his ass.  He has absolutely zero clue as to what, due process is, yet he holds the rank of detective. This is utterly disgusting. The video shows a ridiculous abuse of power, and no respect for the Colorado Constitution.

Defendant Diaz does not agree with my viewpoint,  he stopped my speech by hanging up the phone. This is stopping my message, my vibrations, and my sincerely held spiritual beliefs of defending members of my flock.  Crystal is also a member of our Indigenous house of worship.

Indeed the city of Pueblo continues to show policies, practices and customs that allow for the violation of free speech. The city also shows direct indifference as to the correcting of these policies, practices and customs.

In O'Connell v. Pueblo, a journalist was arrested and detained for less than five minutes for recording outside of the Pueblo police station. He was subsequently released with no citation or charges. Mr. O'Connell settled with the City of Pueblo less than six

months after his rights were violated for $41,000 (pre-litigation) and significant non-monetary terms, including the alteration of the Pueblo Police Department's policies, significant additional training, and no inclusion of a confidentiality clause.

**Parkview Baptist Church v. City of Pueblo**

**336 P.2d 310 (1959)**

PARKVIEW BAPTIST CHURCH, a Colorado Corporation, Plaintiff in Error, v. CITY OF PUEBLO, a Municipal Corporation, et al., Defendants in Error.

The church erected the sign in question at a time when there was no valid regulation on the subject, and no subsequently enacted ordinance of the city council could retroactively

require the church to remove the sign in question. The relief sought by the church should have been granted.

The judgment is reversed.

CLAIM ONE

42 U.S.C. § 1983 - First Amendment - Violation Regarding Free Speech

(All Defendants )

All statements of fact set forth previously are hereby incorporated into this claim as though set forth fully herein.

The broadcasting of My speech From Crystals phone was speech regarding: Due Process, the 5th and 14th Amendment and the Colorado Constitution.  This is protected speech under the First Amendment.

My speech did not violate any type of law.

Defendant Diaz, choosing to hang up Crystals phone, was based on his disagreement with my viewpoint.

Defendant Diaz hanging up Crystals phone was a denial of my right to free speech guaranteed by the First Amendment to the Constitution of the United States.

Defendant Diaz hanging up Crystals phone did have a chilling effect on the exercise of my First Amendment.

I was prevented from speaking on a matter of public concern.

These actions did happen while defendants were working under the color of law.

Furthermore a custom, practice and policy of city of Pueblo to deny me the right to speak out on matters of public concern is violation of the First Amendment to the United States Constitution.

The acts and omissions of Defendants were engaged in pursuant to the customs, policies, and practices of Defendant City of Pueblo, which encourages, condones, tolerates, and ratifies the restraint of speech and expressive activity by its officials of individuals

12

expressing viewpoints critical of Defendant City of Pueblo and it's Police, and/or

exercising their rights of free speech and dissent.

I was prevented by Defendants from delivering my message in violation of the First

Amendment to the United States Constitution.

Defendants engaged in this conduct intentionally, knowingly, willfully, wantonly,

maliciously, and in reckless disregard of my constitutional rights.

CLAIM TWO

42 U.S.C. § 1983 - First Amendment - Retaliation for Free Speech/Expression

(All Defendants)

All statements of fact set forth previously are hereby incorporated into this claim as

though set forth fully herein.

My speech and expression were related to matters of public concern.

Defendants Diaz responded to my First Amendment activity with retaliation, by hanging

up Crystals phone and stopping my constitutionally protected activity.

Defendant Diaz's retaliatory actions were substantially motivated by my exercise of my First Amendment rights.

Defendants Diaz's retaliatory actions and hanging up crystals phone, was meant to punish me for exercising my First Amendment. These retaliatory actions we're also meant to silence my future speech, and we're direct my freedom of expression. Mario Diaz's retaliatory actions would chill a person of ordinary firmness from engaging in First Amendment protected activity.

The acts and omissions of Defendants were engaged in pursuant to the customs, policies, and practices of Defendant city of Pueblo, which encourages, condones, tolerates, and ratifies the retaliation and restraint of speech and expressive activity by individuals who are expressing viewpoints critical of defendants city of Pueblo and it's Police Department.

Defendants engaged in this conduct intentionally, knowingly, willfully, wantonly, maliciously, and in reckless disregard of Plaintiff's constitutional rights.

At all times relevant to this Amended Complaint, Defendants were acting under the color of law.

Defendants' actions and/or omissions caused, directly and proximately, Plaintiff to suffer damages.

CLAIM Three

42 U.S.C. § 1983 - First Amendment – violation of Free Exercise.

(All Defendants)

All statements of fact set forth previously are hereby incorporated into this claim as though set forth fully herein.

Defending my father-in-law Daniel Aguilera and his property, is a sincerely held, spiritual belief and is constitutionally protected under the First Amendment free exercise.

15

I was breaking no laws when I was engaged in this free exercise.

Defendant Mario Diaz , by hanging up Crystals phone did stop my constitutionally protected activity.

Defendant Diaz hanging up Crystals phone was a denial of my right to free speech guaranteed by the First Amendment to the Constitution of the United States.

Defendant Diaz hanging up Crystals phone did have a chilling effect on the exercise of my First Amendment.

These actions did happen while defendants were working under the color of law.

Furthermore a custom, practice and policy of city of Pueblo to deny me the right to freely exercise my spirituality and  is violation of the First Amendment to the United States Constitution.

I was prevented by Defendants from Free exercise in violation of the First Amendment to the United States Constitution.

Defendants engaged in this conduct intentionally, knowingly, willfully, wantonly, maliciously, and in reckless disregard of my constitutional rights.

CLAIM Four

13-21-131. Civil action for deprivation of rights. Section 10. *Freedom of speech and press*.

(Defendant Mario Diaz)

All statements of fact set forth previously are hereby incorporated into this claim as though set forth fully herein.

Qualified immunity is not a defense.

By hanging up the phone defendant Mario Diaz did violate my right to freedom of speech under the Colorado Constitution Article II,  Bill of Rights section 10.

In Colorado, No law shall be passed impairing the freedom of speech; every person shall be free to speak, write or publish whatever he will on any subject, being responsible for all abuse of that liberty; and in all suits and prosecutions for libel the truth thereof may be given in evidence, and the jury, under the direction of the court, shall determine the law and the fact.

17

Dated 8/11/2022

Delbert Sgaggio,  I am the EAGLE

1850 North Academy Blv.

Colorado Springs, Colorado 80909

Overclock420@hotmail.com

719 351 0801